UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

PAIGE SAUNDERS BUCKLER

CASE NO. 20-72374- BEM

CHAPTER 7

Debtor.

### TRUSTEE'S REJECTION OF APPOINTMENT AND REQUEST FOR APPOINTMENT OF SUCCESSOR TRUSTEE

COMES NOW, the undersigned having been previously appointed as interim trustee in accordance with 11 U.S.C. §703 and submits this rejection and request that a successor trustee be appointed.

This 11th day of December, 2020.

   /s/   S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste. 555
Atlanta, GA 30305
(404) 926-0060